Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JACKIE ANTHONY REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:16-cv-01652-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of thirty (30) days for Plaintiff's counsel to draft and file a reply to Defendant's cross-motion for summary judgment.

    Plaintiff's counsel has had multiple demands in other cases resulting in scheduling difficulties. The parties request this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to draft his motion for summary judgment and, subject to the Court's approval, stipulates to thirty (30) days extension of time to allow Plaintiff to file his motion for summary judgment in this action. Plaintiff's reply to Defendant's cross-motion for summary judgment is now due on October 20, 2017. This is Plaintiff's second request for additional time.

1

Stipulation and Order

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
| --- | --- |
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |

/s/Robert C. Weems        By:   /s/ Marcello Illarmo

Robert C. Weems, Attorney for Plaintiff

Marcello Illarmo
Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

SO ORDERED:

DATED: September 21, 2017.

EDMUND F. BRENNAN
U.S. Magistrate Judge

Stipulation and Order