Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
    rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ANTHONY REYNOLDS,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant.[1] | Case 2:16-cv-01652-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the parties that Defendant shall have an extension of 45 days to December 14, 2017, to file Plaintiff's reply to Defendant's cross motion for summary judgment. This is Plaintiff's third request for an extension of time, the first extension for filing the motion for summary judgment being through June 16, 2017, and the second request for filing a reply to Defendant's cross motion for summary judgment through October 20, 2017. Plaintiff did not recognize until now that Defendant had lodged a supplement to the administrative.

    Plaintiff requires the additional time due to dealing with supplemental administrative record , Defendant's reliance on the supplemental record, and unusual workload demands impacting the ability to meet the current filing deadline in addition to having had to address unexpected, time-consuming matters.  Mr. Weems is a sole practitioner unable to reassign any of his cases as I am a sole practitioner which resulted in the inadvertent oversight of the filing of the supplemental administrative record at the same time of the filing of the cross motion for summary judgment.

/////

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the Defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1     This request is made in good faith with no intention to unduly delay the proceedings.

2     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

SO STIPULATED AND AGREED:

Dated: October 30, 2017                                WEEMS LAW OFFICES

                                                                                */s/ Robert C. Weems*
                                                                                Robert C. Weems,
                                                                                Attorney for Plaintiff

Dated: October 30, 2017                                PHILLIP A. TALBERT
                                                                                United States Attorney
                                                                                DEBORAH LEE STACHEL
                                                                                Regional Chief Counsel, Region IX
                                                                                Social Security Administration
                                                                                MARCELO N. ILLARMO
                                                                                Special Assistant United States Attorney


                                                                          */s/ Marcelo N. Illarmo*
                                                                           Marcelo N. Illarmo
                                                                           Special Assistant United States Attorney and
                                                                           Attorney for Defendant (per e-mail
                                                                           authorization)

    SO ORDERED.

DATED: October 30, 2017.

                                                                              EDMUND F. BRENNAN
                                                                              UNITED STATES MAGISTRATE JUDGE